Submitted December 19, 2016; portion of judgment requiring defendant to pay attorney fees reversed, otherwise affirmed February 23, 2017

**STATE OF OREGON,**
*Plaintiff-Respondent,*

*v.*

**ORAN THOMAS TERHUNE, SR.,**
*Defendant-Appellant.*

Marion County Circuit Court
15CR15155; A160296

389 P3d 411

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and John Evans, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

## PER CURIAM

Defendant was convicted of fourth-degree assault, and the trial court sentenced defendant to 180 days in jail. At sentencing, the court did not address court-appointed attorney fees or defendant's ability to pay them, but the judgment imposed an obligation on defendant to pay $406 in court-appointed attorney fees. On appeal, defendant argues—and the state concedes—that defendant had no practical ability to object to the imposition of the attorney fees, so preservation principles do not apply; the state further concedes that the trial court's imposition of the fees was erroneous, because there is no evidence that he is or may be able to pay them. We agree with and accept the state's concessions, and we reverse the imposition of attorney fees.

Portion of judgment requiring defendant to pay attorney fees reversed; otherwise affirmed.